# EXHIBIT B

# Claims Chart – Patent Infringement Mapping

This document presents formal claims chart based on present information available to Plaintiff but subject to changes and clarification. The claims chart map initial asserts patent claim elements to specific features of commercial transaction cards used by Defendant. The mappings demonstrate how commercial transaction cards are used by Defendant for containing and/or conducting the functionality claimed in the patent, based on public specifications and known behavior of certain commercial transaction systems. Plaintiff reserves the right to supplement or modify the claims chart in accordance with additional information learned through discovery.

| Claim 1 Elements | Infringement Mapping |
|---|---|
| A secure commercial transaction system, comprising a transactional device, said transactional device having a form selected from the group of a card, a key fob, an article of jewelry, a lipstick, a face powder compact, a money clip, and a purse, | Defendant uses a transactional device which is in the form of a transaction system comprising of a transaction device having the form of a card (the "Card"), a point of purchase machine to conduct a commercial transaction between Defendant and its customers. By way of example, when the card is inserted in a Defendant's point of purchase machine, Defendant conducts a commercial transaction for the cardholder. |
| said commercial transaction card comprising a microprocessor, memory and transmitter | The Card that Defendant uses includes an embedded computer chip which comprises a microprocessor, onboard memory, and a transmitter compliant with international standards. |
| wherein operation of said transaction device requires user identification confirmation | Operation of the Card that Defendant uses requires user identification confirmation. The Card relies on a |

| | verification method such as a personal identification number ("PIN"). |
|---|---|
| wherein said user identification confirmation requires a user input of either a first operational signal and a comparison of said user input with a first operational user identification data stored in said data memory storage on said transactional device for activation of a first operational mode | The user identification information requires a user input of either a first operational signal which may be a PIN entry by the cardholder after the Card is inserted in Defendant's point of purchase machine. First operational user identification data (e.g., encrypted account data) is stored in the onboard memory of the embedded computer chip of the Card. Upon information and belief, the processor on the card takes the encrypted information in the card's memory and the user input such as a PIN to create encrypted data that is sent to a host computer available to Defendant. A comparison of that encrypted data is made with the operational user identification data. If there is a match, the commercial transaction for the cardholder is enabled to proceed (first operational mode). |
| or user input of a second operational signal and comparison of said user input with a second operational user identification data stored in said data memory storage on said transactional device for activation of a second operation mode | Claim 1 permits but does not require a "user input of a second operational signal" as the ordinary meaning of Claim 1 states that the user identification confirmation requires a user input of *either* a first operational signal . . . for activation of a first operation mode *or* user input of a second operational signal… for activation of a second operation mode. |
| wherein said second mode of said transactional device initiates a transmission of an | Claim 1 permits but does not require any second mode of the transactional device to initiate a transmission of an automated transmission from the transmitter since |

| automated transmission from said transmitter | no user input of a second operational signal occurs for activation of a second operation mode. |
|---|---|
| **Claim 12 Elements** | **Infringement Mapping** |
| The secure commercial transaction system of claim 1 wherein said first operation mode of said transactional device enables a transaction, wherein data from said transaction is stored in said data memory storage of said transactional device, and wherein said data from said transaction is retrievable. | The first operation mode of the Card that Defendant uses enables a transaction. Data from the transaction is stored in the data memory storage of the Card and the data is retrievable from the data memory storage. |
| **Claim 14 Elements** | **Infringement Mapping** |
| The secure commercial transaction system of claim 1 wherein said transactional device is programed to track use details relevant to facilitating direct marketing targeted to the user of the transactional device. | The Card that Defendant uses is preprogramed to track use details relevant to the cardholder. Defendant uses this data to market Defendant's products and services to user. |
| **Claim 15 Elements** | **Infringement Mapping** |
| The secure commercial transaction system of claim 1 wherein said transactional device is adapted for operative direction of a transaction utilizing a platform selected from the group consisting of is adapted for operative direction of a commercial transaction machine,  an automated teller machine, a point of purchase machine, a transaction site personal computer, a vehicle | The Card that Defendant uses is adapted for operative direction of a transaction using one of the following: a commercial transaction machine, an ATM, a point of purchase machine, a transaction site personal computer, and a handheld card reader device. |

| | |
|---|---|
| broadcast reception device, and a handheld card reader device. | |
| **Claim 16 Elements** | **Infringement Mapping** |
| The secure commercial transaction system of claim 1, wherein said transaction device is adapted for wireless remote transaction communication and operation. | The Card that Defendant uses includes the ability to send and receive encrypted data without physical contact between the secure commercial transaction device and one of the following: a commercial transaction machine, an automated teller machine, a point of purchase machine or other transaction device. |
| **Claim 21 Elements** | **Infringement Mapping** |
| The secure commercial transaction system of claim 1 wherein said transactional device further comprises a plurality credit card account's data, and wherein a transaction is selectively related to one of said plurality of credit card accounts. | The Card that Defendant uses includes account information related to a credit cards, a debit card, or any of the like. The transaction of the first operational mode is related to one of the credit card accounts. |